**RYAN  M.  FOUNTAIN**
ATTORNEY AT LAW

| 420 LINCOLN WAY WEST | 228 WEST HIGH STREET |
|---|---|
| MISHAWAKA, INDIANA  46544-1902 | ELKHART, INDIANA 46516-3176 |

TELEPHONE: (574) 258-9296
TELEFAX:  (574) 247-1237
EMAIL: RYANFOUNTAIN@AOL.COM

September 28, 2021

Stacy L. Bogart, General Counsel
Winnebago Industries, Inc.
P.O. Box 152                                      Via Postal Mail and Email
Forest City, Iowa 50436


Re: Winnebago Infringement of U.S. Patent 7,775,543

Dear Ms. Bogart:

Further to your discussions at the beginning of this month with Todd Woelfer, I represent Thor Tech, Inc., the owner of the above-referenced patent.  As you are no doubt aware, Thor Tech is a subsidiary of Thor Industries, Inc.  A copy of that patent is enclosed for your reference. Winnebago makes, uses, and sells a 2021 Winnebago Voyage Fifth Wheel travel trailer, as shown, for example, in the following YouTube videos:
> https://www.youtube.com/watch?v=2FRlfWHCCIA
> https://www.youtube.com/watch?v=awNr8Ed4Z4k.
> https://www.youtube.com/watch?v=xFQo6MHe7rY

Your representative product floor plan numbers would be the V2932RL, V3436FL and V3134RL

These products appear to literally infringe at least Claim 1 of the '543 patent, having each and every feature of that claim.  In fact, the dealer representative in video of the V2932RL expressly recognizes the "backup assist mirror" feature on the front of the cap, demonstrating industry understanding of the key patent feature on your products.

Considering the following facts:
  A.  the representations made to the Court in your lawsuit against Thor Industries about the "industry leadership" of Winnebago through its subsidiary company, Grand Design,
  B.  the direct competition between Winnebago and Thor,
  C.  the several past instances of infringement of Thor patents by Winnebago companies,
  D.  the extensive patent portfolio of your company family,

1

    E.  the timing of your litigation against Thor Industries, and
    F.  Winnebago has hired one of the largest law firms in the world, Feagre Drinker, to advise it and manage its patent matters,

it seems extremely likely you were very well aware of the Thor patent portfolio, including the '543 patent, when you introduced the 2021 Voyage product with the patented features last Fall.  And yet, Winnebago copied the patented features anyway.

  Accordingly, I do not understand how you could possibly be selling this product without being a willful infringer.  Please provide as much detail in explanation as you can, because otherwise it would be incumbent upon my client to seek to stop you from taking what is not yours to take.  Specifically, please answer at least the following questions:

    1. Was this merely an accident, that Winnebago copied the patented product?
    2. Do you believe your product does not have every feature of Claim 1?  If so, what claim element(s) do you consider to be missing?
    3. Did you copy the patented product because you believe that somehow the patent is not valid or enforceable?  If so, please explain the bases for that belief, including any prior art reference or event that you contend invalidates the patent.

If you have some other actual reason for copying (such as, a "well if they can copy us, we can copy them" rationale) please articulate that.

  If your response is prompt, we will consider your answers and offer to discuss with you a fair resolution of this matter.  Since this matter obviously impacts and/or is impacted by what is happening in the lawsuit you brought against Thor Industries, I have sent a copy of this to the trial counsel for that case.  Thank you for your consideration.

            Sincerely,


            Ryan M. Fountain

Copy to Reid E. Dodge (email only)